ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

2013 JAN -9  PM 2:42

CLERK _____
SO. DIST. OF GA.

STEPHEN T. GRESHAM,           *
                             *
        Plaintiff,           *
                             *
    v.                       *        CV 312-019
                             *
CITY OF WRIGHTSVILLE,        *
                             *
        Defendant.           *

_____

**O R D E R**

_____

Presently pending before the Court is the parties'
stipulation of dismissal with prejudice. (Doc. no. 19.)  As
a result of settlement, all parties to this action stipulate,
pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),
to the dismissal of the captioned case with prejudice.
Accordingly, Plaintiff's claims are **DISMISSED WITH PREJUDICE.**
The Clerk shall terminate all deadlines and motions and **CLOSE**
the case.  Each of the parties shall bear their own costs and
attorney's fees.

    **ORDER ENTERED** at Augusta, Georgia, this _9th_ day of
January, 2013.

_____
UNITED STATES DISTRICT JUDGE